# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 28, 2023

Mr. Michael L. McConnell
Middle District of Louisiana, Baton Rouge
United States District Court
777 Florida Street
Room 139
Baton Rouge, LA 70801

    No. 23-30642   In re: Jeff Landry
                          USDC No. 3:22-CV-211
                          USDC No. 3:22-CV-214

Dear Mr. McConnell,

Enclosed is a certified copy of the opinion issued as the mandate.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Christina C. Rachal, Deputy Clerk
                                        504-310-7651

Enclosure(s)

cc:
    Mr. John Nelson Adcock
    Ms. Renee Chabert Crasto
    Mrs. Andree Matherne Cullens
    Mr. Joseph Elton Cullens Jr.
    Mr. Jared Evans
    Mrs. Angelique Duhon Freel
    Mr. Phillip Michael Gordon
    Mr. Carey Thompson Jones
    Ms. Abha Khanna
    Ms. Elizabeth Baker Murrill
    Mr. Stuart Naifeh
    Ms. Isabel Sara Rohani
    Mr. Adam Savitt
    Mr. Jacob D. Shelly

Mr. Phillip Strach  
Ms. Tiffany Alora Thomas  
Mr. Jason Brett Torchinsky  
Mr. Jeffrey M. Wale  
Mr. John Carroll Walsh  
Mr. Edward Mark Wenger