# United States Court of Appeals for the Fifth Circuit

---

No. 23-30642

---

In re Jeff Landry, *In his official capacity as the Louisiana Attorney General*; Kyle R. Ardoin, *in his official capacity as Louisiana Secretary of State*,

*Petitioners.*

———————————————————

Petition for a Writ of Mandamus
to the United States District Court
for the Middle District of Louisiana
USDC No. 3:22-CV-211
USDC No. 3:22-CV-214

———————————————————

UNPUBLISHED ORDER

Before Jones, Higginson, and Ho, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that Respondents' motion for emergency stay is denied. Judge Higginson would grant the stay.